**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE**
**WESTERN DISTRICT OF VIRGINA**
**CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Case No: 3:13CR0001** |
| | ) | |
| **THOMAS EARL FAULLS, SR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR PSYCHIATRIC EVALUATION

COMES NOW, the defendant, Thomas Earl Faulls, Sr., by counsel, John S. Hart, Jr., Esquire, pursuant to 18 United States Code Section 4241(a), and respectfully requests this Court for a hearing to determine the mental competency of the defendant. There is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Counsel is making these representations based on the mental and family background of the defendant, his interactions with the defendant, and his analysis of the evidence.

Prior to the date of the hearing, defense counsel requests a full psychiatric or psychological examination, pursuant to Section 4241(b), be conducted, and

that a psychiatric or psychological report be filed with the Court, pursuant to the provisions of Sections 4247(b) and (c).

WHEREFORE, the defendant, Thomas Earl Faulls, Sr., by counsel, John S. Hart, Jr. respectfully requests that said competency evaluation be granted and a hearing date set for such determination.

Respectfully submitted,

**THOMAS EARL FAULLS, SR.**
By Counsel

 /s/ John S. Hart, Jr.
John S. Hart, Jr., Esquire, VSB #32167
Hart Law Offices
590 Neff Avenue, Suite 2000
Harrisonburg, Virginia 22801
(540) 574-0366 Telephone
(540) 432-5501 Facsimile
Counsel for the Defendant

## CERTIFICATE

I hereby certify that on this 29th day of July, 2013, I electronically filed the foregoing Motion for Psychiatric Evaluation with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Nancy Spodick Healey, United States Attorney

Robert Chase Abendroth, United States Attorney

 /s/ John S. Hart, Jr.
John S. Hart, Jr., Esquire
Counsel for Defendant