CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

FEB 10 2014

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 3:13CR00001 |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| THOMAS FAULLS, SR. | ) | By: Hon. Glen E. Conrad |
| | ) | United States District Judge |
| Defendant. | ) | |

Considering the findings contained in the Forensic Evaluation of the defendant prepared by Sarah Ralston, M.D. and Maureen L. Reardon, Ph.D. of the Mental Health Department at the Federal Medical Center in Butner, North Carolina dated January 3, 2014, the court concludes that the defendant is competent to go forward to trial, in that he is able to understand the nature and consequences of the proceedings against him, and that he is able to assist his attorney in his own defense. Accordingly, it is ORDERED that the trial will proceed as scheduled.

The Clerk is directed to certify copies of this Order to all parties.

ENTER: This 10th day of February, 2014.

_____
CHIEF UNITED STATES DISTRICT JUDGE