FILED IN OPEN COURT
DATE: 2·11·14
Susan Moody
DEPUTY CLERK

Judge Sir,
I am from this county. Z Lorien was not mentioned in questions to juror.

Madie Bowles

Jury Note #1