IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

FILED IN OPEN COURT
DATE: 2.12.14
Susan Moody
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 3:13-cr-00001 |
| | ) | |
| v. | ) | **VERDICT FORM** |
| | ) | |
| THOMAS EARL FAULLS, SR. | ) | By:  Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |

1(a).  Count One:
Do you the jury find, beyond a reasonable doubt, that the defendant, THOMAS EARL FAULLS, SR., willfully and unlawfully kidnapped L.F. and held her for ransom, reward, or otherwise, and that he traveled in interstate commerce, or used a means, facility, and instrumentality of interstate commerce, in furtherance of the commission of this offense ?

__X__                    _____
YES (Guilty)           NO (Not Guilty)

If you answered Question 1(a) "yes," then answer Question 1(b).  If you answered Question 1(a) "no," proceed to Question 2.

1(b).  Count Three:
Do you the jury find, beyond a reasonable doubt, that the defendant, THOMAS EARL FAULLS, SR., knowingly possessed a firearm in furtherance of the crime of violence described in Question 1(a)?

__X__                    _____
YES (Guilty)           NO (Not Guilty)

2(a).  Count Two:
Do you the jury find, beyond a reasonable doubt, that the defendant, THOMAS EARL FAULLS, SR., willingly and knowingly caused his spouse, L.F., to travel in interstate commerce by force, coercion, duress, or fraud, and, in the course of such travel or to facilitate such conduct or travel, committed a crime of violence against L.F.?

__X__                    _____
YES (Guilty)           NO (Not Guilty)

If you answered Question 2(a) "no," then stop.  If you answered Question 2(a) "yes," then please answer the following two questions.

2(b). Do you the jury find, beyond a reasonable doubt, that the defendant, THOMAS EARL FAULLS, SR., committed a crime of aggravated sexual abuse, an offense under chapter 109A of Title 18, against L.F.?

__X__   _____
YES      NO

2(c). Do you the jury find, beyond a reasonable doubt, that the defendant, THOMAS EARL FAULLS, SR., used a dangerous weapon, such as a firearm, during the commission of the offense described in Question 2(a)?

__X__   _____
YES      NO

__2/12/2014__
Date

_Terry Owsley_
Foreperson's Signature

__TERRY OWSLEY__
Foreperson's Printed Name