DEFENDANT: THOMAS EARL FAULLS
CASE NUMBER: DVAW313CR000001-001

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
SEP 0 8 2014
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Two Hundred Ninety Five (295) months, consisting of Two Hundred Thirty Five (235) months as to Count One (1) and Count Two (2), to be followed by a consecutive term of Sixty (60) months.

☒ The court makes the following recommendations to the Bureau of Prisons:

Placement at FCI Butner, NC or other Bureau of Prisons facility with Sex Offender Treatment Program, as close to defendant's home, excluding placement at FCI Petersburg, VA.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before _____ on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 08/14/2014 to FCI WB Arilift

a Green Briar Valley , with a certified copy of this judgment.

Gerald S. I to 14
UNITED STATES MARSHAL

By /s/
DEPUTY UNITED STATES MARSHAL