IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                              ) | Docket No. 3:13-cr-1 |
| ) | |
| THOMAS EARL FAULLS             ) | |
|           *Defendant.*                    ) | |

## MOTION TO SET HEARING ON PENDING MOTION

Mr. Faulls' petition for relief under 28 U.S.C. § 2255 has been fully briefed. Mr. Faulls respectfully requests a hearing so that the Court can hear argument on the pending motion.

Respectfully submitted,

THOMAS EARL FAULLS

By Counsel

Counsel:
s/ Lisa M. Lorish
Lisa M. Lorish
Asst. Federal Public Defender
VSB 81465
410 East Market Street, Ste. 106
Charlottesville, VA 22902
Tel: (434) 220-3388

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: counsel of record; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

1

                                        s/ Lisa M. Lorish
Lisa M. Lorish
Asst. Federal Public Defender
VSB 81465
410 East Market Street, Ste. 106
Charlottesville, VA 22902
Tel: (434) 220-3388
Fax: (434) 220-3390
Lisa_lorish@fd.org