# United States District Court
# Western District of Virginia
# Charlottesville Division

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Case No. 3:13cr1 |
| | ) | |
| Thomas Earl Faulls, Sr. | ) | |

### Defendant's Response to Modified Initial Presentence Report

Matthew Hill
Assistant Federal Defender
201 Abingdon Pl
Abingdon, VA  24210

The Defendant has informally addressed some issues regarding the contents of the Modified Initial Presentence Report with the United States Probation officer by email.

The Defendant has no substantive objections to the Modified Initial Presentence Report.

> Respectfully Submitted,
>
> Thomas Earl Faulls, Sr.
> By Counsel
>
> **Geremy C. Kamens**
> Federal Public Defender
> Western District of Virginia
>
> **Matthew Hill**
> Assistant Federal Public Defender
> Missouri State Bar No. 47889
> New Hampshire State Bar No. 18864
> Arkansas State Bar No. 2018170
> Attorney for the defendant
> Federal Public Defender's Office
> 201 Abingdon Place
> Abingdon, VA 24211
> Telephone: (276) 619-6086
> Fax: (276) 619-6090
> matt_hill@fd.org

## Certificate of Service

The undersigned hereby certifies that on this the 28th day of July, 2023 the above document was electronically filed in this case. The electronic filing system will automatically forward a copy to counsel of record.

> /s/ Matthew Hill