IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No: 3:13cr00001 |
| THOMAS EARL FAULLS, SR. | ) ) ) | |
| Defendant | ) | |

**NOTICE OF APPEAL**

Defendant Thomas Earl Faulls, Sr., by counsel, hereby gives notice, pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, that he is appealing the Amended Judgment entered by United States District Court Judge James P. Jones on August 16, 2023 to the United States Court of Appeals for the Fourth Circuit.

Respectfully Submitted,

Thomas Earl Faulls, Sr.
By Counsel

Geremy C. Kamens
Interim Federal Public Defender
Western District of Virginia

**Matthew Hill**
Assistant Federal Public Defender
Missouri State Bar No. 47889
New Hampshire State Bar No. 18864
Arkansas State Bar No. 2018170
Attorney for the defendant
Federal Public Defender's Office
201 Abingdon Place
Abingdon, VA 24211
Telephone: (276) 619-6086
Fax: (276) 619-6090
matt_hill@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing document was electronically filed and will be forwarded to the Assistant United States Attorney, this 16th day of August, 2023.

                                                  s/Matthew Hill